JULIE A. SU, SBN 174279
CHRISTINA N. CHUNG, SBN 194630
JULIA FIGUEIRA-MCDONOUGH, SBN 200452
ASIAN PACIFIC AMERICAN LEGAL CENTER
OF SOUTHERN CALIFORNIA
1145 Wilshire Blvd., 2nd Floor
Los Angeles, CA 90017
Tel. (213) 977-7500
Fax (213) 977-7595

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARACELI CASTRO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FASHION 21, INC., et al.,<br><br>Defendants. | Case No. CV 01-9487 R (VBKx)<br><br>Judge: Hon. Manuel Real<br><br>[PROPOSED] ORDER RE: DEFENDANTS FASHION 21, INC.'S, DO WON CHANG'S, AND JIN SOOK CHANG'S MOTIONS TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION<br><br>Date: March 4, 2002<br>Time: 10:00 a.m.<br>Courtroom 8 (Hon. Manuel Real) |

The motions to dismiss of Fashion 21, Inc., Do Won Chang, and Jin Sook Chang (collectively, "Defendants") for failure to state a cause of action, pursuant to Fed. R. Civ. P. 12(b)(6), came before this Court for hearing on March 4, 2002.

Having considered Defendants' Notices of Motion and Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and the argument of counsel, the Court orders as follows:

-1-

1. Defendants Do Won Chang's and Jin Sook Chang's motion to dismiss is **GRANTED** with prejudice.

2. Defendant Fashion 21, Inc.'s motion to dismiss (which covered all of the claims alleged against Fashion 21, Inc. ~~except for the First Claim for Relief~~) is **GRANTED** with prejudice.

3. ~~Plaintiffs' motion to dismiss, pursuant to Fed. R. Civ. P. 12(b)(1), is~~ **GRANTED** ~~without prejudice~~ with respect to Plaintiffs' First Claim for ~~Relief (as set forth in ¶¶ 98-122 of the Complaint).~~

IT IS SO ORDERED.

Dated: March 13, 2002

_____
Hon. Manuel Real
United States District Judge


Respectfully submitted by:

ASIAN PACIFIC AMERICAN LEGAL CENTER

Dated: March 8, 2002

_____
By: Julie A. Su
Attorneys for Plaintiffs

-2-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California by a member of the State Bar of California at whose direction this service is made. I am over the age of 18 and not a party to the within action.

On March 8, 2002, I served the foregoing document described as [PROPOSED] ORDER RE: DEFENDANTS FASHION 21, INC.'S, DO WON CHANG'S, AND JIN SOOK CHANG'S MOTIONS TO DISMISS FOR FAILURE TO STATE A CAUSE OF ACTION by U.S. MAIL by placing a true copy thereof in a sealed envelope addressed to the following:

Wayne S. Flick, Esq.
Robin D. Dal Soglio, Esq.
Antonio N. Luti, Esq.
Brian T. Glennon, Esq.
**LATHAM & WATKINS**
633 West Fifth Street, Suite 4000
Los Angeles, CA   90071

The envelope was mailed with postage thereon fully prepaid. I am readily familiar with our office's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on March 8, 2002 at Los Angeles, California.

CHRISTINA N. CHUNG